# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION



05 JUN 14 PM 4:28

GEOFFREY R. RADVANSKY,

    Plaintiff,

v.

OFFICERS THOMAS TELEGDY and
RALPH SAXER,

    Defendants.

CASE NO.: 1:02CV0634

JUDGE JOHN R. ADAMS

<u>GENERAL VERDICT FORM #1</u>

## <u>SECTION 1983 CLAIM FOR UNLAWFUL ARREST</u>

Please check only **ONE** of the following two choices:

On Plaintiff Radvansky's section 1983 claim for unlawful arrest, we the Jury, being duly impaneled, sworn and affirmed, find in favor of:

    1.   _____ Plaintiff Geoffrey R. Radvansky and we fix the damages in the sum of: $ _____ .

    2.   \_\_X\_\_ Defendant Thomas Telegdy

Each of us said jurors concurring in said verdict signs their name hereto on this _14th_ day of June, 2005.



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

05 JUN 14 PM 4:28

DISTRICT COURT
DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| GEOFFREY R. RADVANSKY, | ) | CASE NO.: 1:02CV0634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | GENERAL VERDICT FORM #2 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

## SECTION 1983 CLAIM FOR UNLAWFUL ARREST

Please check only **ONE** of the following two choices:

On Plaintiff Radvansky's section 1983 claim for unlawful arrest, we the Jury, being duly impaneled, sworn and affirmed, find in favor of:

1. _____ Plaintiff Geoffrey R. Radvansky and we fix the damages in the sum of: $ _____ .

2. __X__ Defendant Ralph Saxer

Each of us said jurors concurring in said verdict signs their name hereto on this _14th_ day of June, 2005.



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | JURY INTERROGATORY # 1 |
| OFFICERS THOMAS TELEGDY and RALPH SAXER, | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that there was a dispute between Derrick Rosemark ("Mr. Rosemark"), the owner of the property located at 26060 Redwood Drive ("the Redwood Dr. residence") and Plaintiff Radvansky?

Answer Yes or No  _Yes_

Each of us said jurors concurring in said answer above and sign our name hereto on this _14th_ day of June, 2005.



Continue on to answer Interrogatory # 2

1.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION



FILED

05 JUN 14 PM 4:28

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

GEOFFREY M. RADVANSKY,      )

     Plaintiff,      )

v.      )

OFFICERS THOMAS TELEGDY and      )
RALPH SAXER,      )

     Defendants.      )

CASE NO.: 1:02CV634

JUDGE JOHN R. ADAMS

JURY INTERROGATORY # 2

Do you find by a preponderance of the evidence that the dispute between Mr. Rosemark and Plaintiff Radvansky was over money?

Answer Yes or No     *Yes*

Each of us said jurors concurring in said answer above and sign our name hereto on this *14th* day of June, 2005.



Continue on to answer Interrogatory # 3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

05 JUN 14 PM 4:28

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| GEOFFREY M. RADVANSKY, | ) CASE NO.: 1:02CV634 |
| Plaintiff, | ) |
| | ) JUDGE JOHN R. ADAMS |
| v. | ) |
| | ) JURY INTERROGATORY # 3 |
| OFFICERS THOMAS TELEGDY and | ) |
| RALPH SAXER, | ) |
| | ) |
| Defendants. | ) |

Do you find by a preponderance of the evidence that the dispute between Mr. Rosemark

and Plaintiff Radvansky was over the right to live at the Redwood Dr. residence?

Answer Yes or No      _Yes_

Each of us said jurors concurring in said answer above and sign our name hereto on this

_14th_ day of June, 2005.

Continue on to answer Interrogatory # 4

3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION



FILED

05 JUN 14 PM 4:29

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 4 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Defendant Telegdy had prior knowledge of the existence of a dispute between Plaintiff Radvansky and Mr. Rosemark concerning Plaintiff Radvansky's privilege to live at the Redwood Dr. residence?

Answer Yes or No _____ *No* _____

Each of us said jurors concurring in said answer above and sign our name hereto on this



Continue on to answer Interrogatory # 5

4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION



FILED

05 JUN 14 PM 4:29

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

GEOFFREY M. RADVANSKY,                )    CASE NO.: 1:02CV634
                                      )
        Plaintiff,                    )    JUDGE JOIN R. ADAMS
                                      )
v.                                    )    JURY INTERROGATORY # 5
                                      )
OFFICERS THOMAS TELEGDY and           )
RALPH SAXER,                          )
                                      )
        Defendants.                   )

Do you find by a preponderance of the evidence that Defendant Saxer had prior

knowledge of the existence of a dispute between Plaintiff Radvansky and Mr. Rosemark

concerning Plaintiff Radvansky's privilege to live at the Redwood Dr. residence?

        Answer Yes or No    _*NO*_

Each of us said jurors concurring in said answer above and sign our name hereto on this



Continue on to answer Interrogatory # 6

5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

05 JUN 14 PM 4: 29

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 6 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Derrick Rosemark informed Detective Caine that Plaintiff no longer lived at the Redwood Dr. residence?

Answer Yes or No       _Yes_

Each of us said jurors concurring in said answer above and sign our name hereto on this _14th_ day of June, 2005.

Continue on to answer Interrogatory # 7

6



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

'05 JUN 14 PM 4:29

DISTRICT COURT
DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 7 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Defendant Telegdy was aware of

Derrick Rosemark's statement to Detective Caine that Plaintiff Radvansky no longer lived at the

Redwood Dr. residence?

Answer Yes or No _____ *No* _____

Each of us said jurors concurring in said answer above and sign our name hereto on this

*14th* day of June, 2005.



Continue on to answer Interrogatory # 8

7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

05 JUN 14  PM 4:29

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

GEOFFREY M. RADVANSKY,          )     CASE NO.: 1:02CV634
                                )
          Plaintiff,            )     JUDGE JOHN R. ADAMS
                                )
v.                              )     JURY INTERROGATORY # 8
                                )
OFFICERS THOMAS TELEGDY and     )
RALPH SAXER,                    )
                                )
          Defendants.           )

Do you find by a preponderance of the evidence that Defendant Saxer was aware of

Derrick Rosemark's statement to Detective Caine that Plaintiff no longer lived at the Redwood

Dr. residence?

          Answer Yes or No _____*NO*_____

Each of us said jurors concurring in said answer above and sign our name hereto on this

*14th* day of June, 2005.

Continue on to answer Interrogatory # 9

8

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION



FILED

05 JUN 14 PM 4:29

DISTRICT COURT
DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 9 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Plaintiff Radvansky abandoned the

Redwood Dr. residence prior to the time of arrest?

Answer Yes or No     *Yes*

Each of us said jurors concurring in said answer above and sign our name hereto on this

*14th* day of June, 2005.



If your answer is "Yes", you must answer "No" to Interrogatory #10, skip Interrogatories #11-14,
and continue on to answer interrogatory #15 and those thereafter.
If your answer is "No", continue on to answer Interrogatory #10.

9

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION



FILED

05 JUN 14 PM 4:29

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 10 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPII SAXER, | | |

Do you find that Plaintiff Radvansky was a tenant at the Redwood Dr. residence at the time of the arrest?

Answer Yes or No _____*NO*_____

Each of us said jurors concurring in said answer above and sign our name hereto on this *14th* day of June, 2005.



If your answer is "Yes", continue on to answer Interrogatory # 11
If your answer is "No", skip Interrogatories #12-14, and continue on to answer Interrogatory # 15

10

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

GEOFFREY M. RADVANSKY,     )     CASE NO.: 1:02CV634
          )
     Plaintiff,     )     JUDGE JOHN R. ADAMS
          )
v.     )     JURY INTERROGATORY # 11
          )
OFFICERS THOMAS TELEGDY and     )
RALPH SAXER,     )
          )
     Defendants.     )

Do you find by a preponderance of the evidence that Defendant Telegdy was aware that

Plaintiff Radvansky was a tenant at the Redwood Dr. residence at the time of the arrest?

     Answer Yes or No     _____

Each of us said jurors concurring in said answer above and sign our name hereto on this

_____ day of June, 2005.


_____     _____

_____     _____

_____     _____

_____     _____


Continue on to answer Interrogatory # 12

11

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION


GEOFFREY M. RADVANSKY,      )      CASE NO.: 1:02CV634

                     )

       Plaintiff,            )      JUDGE JOHN R. ADAMS

                     )

v.                        )      JURY INTERROGATORY # 12

                     )

OFFICERS THOMAS TELEGDY and      )

RALPH SAXER,


         Do you find by a preponderance of the evidence that Defendant Saxer was aware that

Plaintiff Radvansky was a tenant at the Redwood residence at the time of the arrest?

                 Answer Yes or No _____


         Each of us said jurors concurring in said answer above and sign our name hereto on this

_____ day of June, 2005.


_____      _____

_____      _____

_____      _____

_____      _____


If your answer is "Yes", skip Interrogatories #13 & 14, and continue on to answer Interrogatory
     # 15 and those thereafter.

If your answer is "No", continue on to answer Interrogatory # 13

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

GEOFFREY M. RADVANSKY,                )        CASE NO.: 1:02CV634
                                      )
    Plaintiff,                        )        JUDGE JOHN R. ADAMS
                                      )
v.                                    )        JURY INTERROGATORY # 13
                                      )
OFFICERS THOMAS TELEGDY and           )
RALPH SAXER,                          )
                                      )
    Defendants.                       )

Do you find by a preponderance of the evidence that a reasonable person who possesses the same official expertise as Officer Telegdy would know that Plaintiff Radvansky was a tenant at the Redwood Dr. residence at the time of the arrest given the facts and circumstances known to him at the time of the arrest ?

    Answer Yes or No    _____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____    _____

_____    _____

_____    _____

_____    _____

Continue on to answer Interrogatory # 14

13

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 14 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that a reasonable person who possesses the same official expertise as Officer Saxer would know that Plaintiff Radvansky was a tenant at the Redwood Dr. residence at the time of the arrest given the facts and circumstances known to him at the time of the arrest ?

Answer Yes or No _____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____     _____

_____     _____

_____     _____

_____     _____

Continue on to answer Interrogatory # 15

14



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 15 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | | |

Do you find by a preponderance of the evidence that Defendant Teledgy relied solely on Mr. Rosemark's representations in making the arrest and ignored substantial exculpatory evidence to the contrary?

Answer Yes or No _____*NO*_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.



If your answer is Yes, continue on to answer Interrogatory # 16

15



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

GEOFFREY M. RADVANSKY,⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )⁣ ⁣ ⁣ ⁣ ⁣ CASE NO.: 1:02CV634
⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
⁣ ⁣ ⁣ ⁣ Plaintiff,⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )⁣ ⁣ ⁣ ⁣ ⁣ JUDGE JOHN R. ADAMS
⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
v.⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )⁣ ⁣ ⁣ ⁣ ⁣ JURY INTERROGATORY # 16
⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
OFFICERS THOMAS TELEGDY and⁣ ⁣ )
RALPH SAXER,⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )
⁣ ⁣ ⁣ ⁣ Defendants.⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ ⁣ )

Do you find by a preponderance of the evidence that Defendant Saxer relied solely on Mr. Rosemark's representations in making the arrest and ignored substantial exculpatory evidence to the contrary?

Answer Yes or No⁣ ⁣ ⁣ ⁣ *No*

Each of us said jurors concurring in said answer above and sign our name hereto on this *14th* day of June, 2005.

Continue on to answer Interrogatory # 17

16

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION



GEOFFREY M. RADVANSKY,              )       CASE NO.: 1:02CV634
                                    )
     Plaintiff,                     )       JUDGE JOHN R. ADAMS
                                    )
v.                                  )       JURY INTERROGATORY # 17
                                    )
OFFICERS THOMAS TELEGDY and         )
RALPH SAXER,                        )
                                    )
     Defendants.                    )

     Do you find by a preponderance of the evidence that at the time of the arrest, Defendant

Telegdy failed to take into account all the evidence before him prior to placing Plaintiff

Radvansky under arrest?

     Answer Yes or No     *NO*

     Each of us said jurors concurring in said answer above and sign our name hereto on this

*14th* day of June, 2005.

Continue on to answer Interrogatory # 18

17



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 18 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that at the time of the arrest, Defendant Saxer failed to take into account all the evidence before him prior to placing Plaintiff Radvansky under arrest?

Answer Yes or No ___*No*___

Each of us said jurors concurring in said answer above and sign our name hereto on this *14th* day of June, 2005.



Continue on to answer Interrogatory # 19

18

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION



GEOFFREY M. RADVANSKY,      )      CASE NO.: 1:02CV634
                            )
        Plaintiff,          )      JUDGE JOHN R. ADAMS
                            )
v.                          )      JURY INTERROGATORY # 19
                            )
OFFICERS THOMAS TELEGDY and )
RALPH SAXER,                )
                            )
        Defendants.         )

Do you find by a preponderance of the evidence that Defendant Teledgy, at the time of

the arrest, had reasonably reliable information, independent of Mr. Rosemark's allegations, that

there was a fair probability Plaintiff Radvansky had committed, was committing, or was about to

commit a crime?

Answer Yes or No ___*Yes*___

Each of us said jurors concurring in said answer above and sign our name hereto on this

__*14th*__ day of June, 2005.



Continue on to answer Interrogatory # 20

19

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 20 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Defendant Saxer, at the time of the arrest, had reasonably reliable information, independent of Rosemark's allegations, that there was a fair probability Plaintiff Radvansky had committed, was committing, or was about to commit a crime?

Answer Yes or No _____Yes_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _14th_ day of June, 2005.



If your answer is Yes, continue on to answer Interrogatory # 21

20

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 21 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Defendant Telegdy intentionally or

recklessly committed acts that violated Plaintiff Radvansky's federal constitutional right not to

be arrested or seized without probable cause?

Answer Yes or No _____ *NO* _____

Each of us said jurors concurring in said answer above and sign our name hereto on this

_14th_ day of June, 2005.

If your answer is "Yes", skip Interrogatory #22 and continue on to answer Interrogatory #23 and
those thereafter.

If your answer is "No", you must enter judgment in favor of Defendant Telegdy on General
Verdict Form #1, answer Interrogatory #22, skip Interrogatories #23-27, and continue on to
answer Interrogatory #28 and those thereafter.

21

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

FILED

05 JUN 14 PM 4:45

DISTRICT COURT
ARRON OF OHIO

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 22 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Defendant Telegdy negligently

committed acts that violated Plaintiff Radvansky's federal constitutional right not to be arrested

or seized without probable cause?

Answer Yes or No    _NO_

Each of us said jurors concurring in said answer above and sign our name hereto on this

14th day of June, 2005.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

If your answer is "Yes", you must enter judgement in favor of Defendant Telegdy on General
Verdict Form #1, skip Interrogatories #23-27, and continue on to answer Interrogatory # 28
and those thereafter.

If your answer is "No", continue on to answer Interrogatory #23 and those thereafter.

22



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| GEOFFREY M. RADVANSKY, ) | CASE NO.: 1:02CV634 |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| v. ) | JURY INTERROGATORY # 23 |
| ) | |
| OFFICERS THOMAS TELEGDY and ) | |
| RALPH SAXER, ) | |
| ) | |
| Defendants. ) | |

Do you find by a preponderance of the evidence that Defendant Telegdy's acts were the

proximate or legal cause of damages sustained by Plaintiff Radvansky?

Answer Yes or No _____*NO*_____

Each of us said jurors concurring in said answer above and sign our name hereto on this

_14th_ day of June, 2005.

If your answer is "Yes", you must enter judgement in favor of Plaintiff Radvansky on General
Verdict Form #1, and continue on to answer Interrogatory #24 and those thereafter.

If your answer is "No", you must enter judgement in favor of Defendant Telegdy on General
Verdict Form #1, skip interrogatories #24-27, and continue on to answer Interrogatory #28
and those thereafter.

23

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 24 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Plaintiff Radvansky should be awarded damages to compensate for the reasonable value of any property lost or destroyed during, or as a result of, Defendant Telegdy's unconstitutional acts?

Answer Yes or No _____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____          _____

_____          _____

_____          _____

_____          _____

Continue on to answer Interrogatory # 25

24

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

GEOFFREY M. RADVANSKY,      )     CASE NO.: 1:02CV634
)
     Plaintiff,           )     JUDGE JOHN R. ADAMS
)
v.                      )     JURY INTERROGATORY # 25
)
OFFICERS THOMAS TELEGDY and   )
RALPH SAXER,            )
)
     Defendants.         )

Do you find by a preponderance of the evidence that Plaintiff Radvansky should be awarded damages to compensate for the reasonable cost of medical care and hospitalization as a result of, Defendant Telegdy's unconstitutional acts?

     Answer Yes or No     _____

     If your answer is "Yes", in what amount? $_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____     _____

_____     _____

_____     _____

_____     _____

Continue on to answer Interrogatory # 26

25

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

GEOFFREY M. RADVANSKY,       )     CASE NO.: 1:02CV634

          )

     Plaintiff,          )     JUDGE JOHN R. ADAMS

          )

v.          )     JURY INTERROGATORY # 26

          )

OFFICERS THOMAS TELEGDY and    )

RALPH SAXER,          )

          )

     Defendants.          )

Do you find by a preponderance of the evidence that Plaintiff Radvansky should be awarded damages to compensate for physical as well as emotional pain and mental anguish as a result of, Defendant Telegdy's unconstitutional acts?

     Answer Yes or No     _____

     If your answer is "Yes", in what amount? $_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____     _____

_____     _____

_____     _____

_____     _____

Continue on to answer Interrogatory # 27

26

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 27 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Defendant Telegdy acted with callous or reckless disregard or indifference to Plaintiff Radvansky's federally protected rights and that punitive damages should be assessed against Defendant Telegdy?

Answer Yes or No        _____

If your answer is "Yes", in what amount? $_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____        _____

_____        _____

_____        _____

_____        _____

Continue on to answer Interrogatory #28

27

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

05 JUN 14 PM 4: 45

DISTRICT COURT
AKRON OF OHIO

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 28 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Defendant Saxer intentionally or recklessly committed acts that violated Plaintiff Radvansky's federal constitutional right not to be arrested or seized without probable cause?

Answer Yes or No _____*No*_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _*14th*_ day of June, 2005.



If your answer is "Yes", skip Interrogatory #29, and continue on to answer Interrogatory #30 and those thereafter.

If your answer is "No", you must enter judgment in favor of Defendant Saxer on General Verdict Form #2, and continue on to only answer Interrogatory #29, skipping Interrogatories #30-34.

28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

05 JUN 14 PM 4:45

DISTRICT COURT
AKRON OF OHIO

GEOFFREY M. RADVANSKY,          )          CASE NO.: 1:02CV634
                                )
            Plaintiff,          )          JUDGE JOHN R. ADAMS
                                )
v.                              )          JURY INTERROGATORY # 29
                                )
OFFICERS THOMAS TELEGDY and     )
RALPH SAXER,                    )
                                )
            Defendants.         )

Do you find by a preponderance of the evidence that Defendant Saxer negligently

committed acts that violated Plaintiff Radvansky's federal constitutional right not to be arrested

or seized without probable cause?

        Answer Yes or No      _*NO*_

Each of us said jurors concurring in said answer above and sign our name hereto on this

_14th_ day of June, 2005.



If your answer is "Yes", you must enter judgment in favor of Defendant Saxer on General
Verdict Form #2, and skip answering Interrogatories # 30-34.

If your answer is "No", continue on to answer Interrogatory #30 and those thereafter.

29

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

05 JUN 14 PM 4: 45

U.S. DISTRICT COURT
AKRON OF OHIO

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 30 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Defendant Saxer's acts were the proximate or legal cause of damages sustained by Plaintiff Radvansky?

Answer Yes or No    _No_

Each of us said jurors concurring in said answer above and sign our name hereto on this _14th_ day of June, 2005.

If your answer is "Yes", you must enter judgment in favor of Plaintiff Radvansky on General Verdict Form #2 and continue on to answer Interrogatory #31 and those thereafter.

If you answer "No", you must enter judgment in favor of Defendant Saxer on General Verdict Form #2, and skip Interrogatories #31-34.

30

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 31 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Plaintiff Radvansky should be awarded damages to compensate for the reasonable value of any property lost or destroyed during, or as a result of, Defendant Saxer's unconstitutional acts?

Answer Yes or No _____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____    _____

_____    _____

_____    _____

_____    _____

Continue on to answer Interrogatory # 32

31

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 32 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Plaintiff Radvansky should be awarded damages to compensate for the reasonable cost of medical care and hospitalization as a result of, Defendant Saxer's unconstitutional acts?

Answer Yes or No _____

If your answer is "Yes", in what amount? $_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____          _____

_____          _____

_____          _____

_____          _____

Continue on to answer Interrogatory # 33

32

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY M. RADVANSKY, | ) | CASE NO.: 1:02CV634 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | JURY INTERROGATORY # 33 |
| | ) | |
| OFFICERS THOMAS TELEGDY and | ) | |
| RALPH SAXER, | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by a preponderance of the evidence that Plaintiff Radvansky should be awarded damages to compensate for physical as well as emotional pain and mental anguish as a result of, Defendant Saxer's unconstitutional acts?

Answer Yes or No   _____

If your answer is "Yes", in what amount? $_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____          _____

_____          _____

_____          _____

_____          _____

Continue on to answer Interrogatory # 34

33

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

GEOFFREY M. RADVANSKY,          )       CASE NO.: 1:02CV634
                                )
    Plaintiff,              )       JUDGE JOHN R. ADAMS
                                )
v.                              )       JURY INTERROGATORY # 34
                                )
OFFICERS THOMAS TELEGDY and     )
RALPH SAXER,                    )
                                )
    Defendants.             )

Do you find by a preponderance of the evidence that Defendant Saxer acted with callous or reckless disregard or indifference to or with reckless indifference to Plaintiff Radvansky's federally protected rights and that punitive damages should be assessed against Defendant Saxer?

      Answer Yes or No      _____

      If your answer is "Yes", in what amount? $_____

Each of us said jurors concurring in said answer above and sign our name hereto on this _____ day of June, 2005.

_____          _____

_____          _____

_____          _____

_____          _____

You are finished with the Interrogatories.

34